## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| REBECCA SCALES,<br><br>      Plaintiff,<br><br>vs.<br><br>PEAK6 INVESTMENTS LLC AND POKER POWER LLC,<br><br>      Defendants. | Case No.   25-cv-07538<br><br>Judge:     Franklin U. Valderrama |

### **DEFENDANTS' NOTIFICATION OF AFFILIATES**

Pursuant to Amended Local Rule 3.2 and the Court's July 10, 2025, Order, Defendants PEAK6 Investments LLC and POKER POWER LLC (collectively "Defendants"), by and through their attorneys Littler Mendelson, P.C., hereby make the following disclosures:

1. Defendant POKER POWER LLC is organized and exists under the laws of the state of Delaware and its sole member is PEAK6 Investments LLC. Disclosure of PEAK6 Investment LLC's affiliates can be found below.

2. The entities that own at least 5% of Defendant PEAK6 Investments LLC are (a) PEAK6 LLC and (b) PEAK6 Holdings, L. P.

3. PEAK6 Investments LLC, PEAK6 LLC, and PEAK6 Holdings, L. P. are organized and exist under the laws of the state of Delaware.

4. The members who own at least 5% of PEAK6 LLC are individuals and include Matthew Hulsizer and Jenny Just, both of whom reside in Texas.

5. The partners who own at least 5% of PEAK6 Holdings, L. P. are individuals and include Mike Rothkopf, George Ruhana, Brian Muller, Daniel Perper, Tom Simpson, and Sue

Hendrick. Upon information reflected in corporate records and belief, all of these individuals reside in the state of Illinois.

Dated: July 11, 2025        Respectfully submitted,

PEAK6 INVESTMENTS LLC and
POKER POWER LLC

*/s/ Jeremy Miller*
One of its Attorneys

Jody A. Boquist, Bar No. 06209561
jboquist@littler.com
Jeremy Miller, Bar No. 6342423
jeemiller@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Jeremy Miller, an attorney, hereby certify that, on July 11, 2025, I caused a copy of ***Defendants' Notification of Affiliates*** to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

Rebbecca Scales, *pro se*
1700 Charles Lam Court
Las Vegas, NV 89117
rscales@womenpokernews.com

*/s/ Jeremy Miller*
